In the Matter of the Claim of ALBERT NATHANSON, Respondent, against IGNAZ STRAUSS & CO., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of PEOPLES THEATRES, INC., Respondent. FRIEDA S. MILLER, as Industrial Commissioner, Appellant.— All concur.